UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| MICHAEL AARON ARZAGA, | |
|---|---|
| Plaintiff, | Case No. 20-08230 EJD (PR) |
| v. | **ORDER OF TRANSER** |
| DAVID M. GILL, et al., | |
| Defendants. | |

Plaintiff, a state prisoner, filed a pro se civil rights complaint against "judicial officers" in the San Diego Superior Court. Dkt. No. 18. Because the acts complained of occurred in San Diego County, which lies within the venue of the Southern District of California, see 28 U.S.C. § 84(d), and defendants likely reside in that district, venue properly lies in that district and not in this one. See 28 U.S.C. § 1391(b). Accordingly, this case is TRANSFERRED to the United States District Court for the Southern District of California. See 28 U.S.C. § 1406(a).

The Clerk shall terminate all pending motions and transfer the entire file to the Southern District of California.

**IT IS SO ORDERED.**

**Dated:** __1/8/2021_____           _____
                                              EDWARD J. DAVILA
                                              United States District Judge

Order of Transfer
PRO-SE\EJD\CR.20\08230.Arzaga_transfer (SD)