UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL AARON ARZAGA, CDCR #K-89848,<br><br>                              Plaintiff,<br><br>vs.<br><br>DAVID M. GILL, et al.,<br><br>                              Defendants. | Case No.:  3:21-cv-00041-CAB-MSB<br><br>**ORDER DISMISSING CIVIL ACTION WITHOUT PREJUDICE FOR FAILING TO PAY FILING FEE REQUIRED BY 28 U.S.C. § 1914(a) AND/OR FAILING TO MOVE TO PROCEED IN FORMA PAUPERIS PURSUANT TO 28 U.S.C. § 1915(a)** |

Plaintiff Michael Aaron Arzaga ("Plaintiff"), currently incarcerated at Kern Valley State Prison, is proceeding pro se in this action, ostensibly pursuant to 42 U.S.C. Section 1983.  (*See* ECF No. 18, Compl.)

**I.     Failure to Pay Filing Fee or Request *In Forma Pauperis* ("IFP") Status**

All parties instituting any civil action, suit or proceeding in a district court of the United States, except an application for writ of habeas corpus, must pay a filing fee of

///
///
///

$402. *See* 28 U.S.C. § 1914(a).[1] An action may proceed despite a plaintiff's failure to prepay the entire fee only if he is granted leave to proceed *in forma pauperis* ("IFP") pursuant to 28 U.S.C. Section 1915(a). *See Andrews v. Cervantes*, 493 F.3d 1047, 1051 (9th Cir. 2007); *Rodriguez v. Cook*, 169 F.3d 1176, 1177 (9th Cir. 1999). However, if the Plaintiff is a prisoner, and even if he is granted leave to commence his suit IFP, he remains obligated to pay the entire filing fee in "increments," *see Williams v. Paramo*, 775 F.3d 1182, 1185 (9th Cir. 2015), regardless of whether his case is ultimately dismissed. *See* 28 U.S.C. § 1915(b)(1) & (2); *Taylor v. Delatoore*, 281 F.3d 844, 847 (9th Cir. 2002).

Plaintiff initially filed this action in the Northern District of California. (*See generally* Compl.) Shortly after filing, Plaintiff was notified that he had not paid the initial filing fee or filed a Motion to Proceed IFP pursuant to 28 U.S.C. Section 1915(a). (*See* ECF No. 3, at 1.) Subsequently, Plaintiff's action was transferred to this District pursuant to 28 U.S.C. Section 1406(a). (*See* ECF No. 20, at 1.) To date, Plaintiff has not paid the initial filing fee or filed a Motion to Proceed IFP. Therefore, his case cannot yet proceed. *See* 28 U.S.C. § 1914(a); *Andrews*, 493 F.3d at 1051.

## II.  Conclusion and Order

For the reasons set forth above, the Court hereby:

(1)  **DISMISSES** this action sua sponte without prejudice for failure to pay the $402 civil filing and administrative fee or to submit a Motion to Proceed IFP pursuant to 28 U.S.C. Section 1914(a) and Section 1915(a); and

(2)  **GRANTS** Plaintiff **forty-five (45)** days leave from the date this Order is filed to: (a) prepay the entire $402 civil filing and administrative fee in full; or (b)

---

[1] In addition to the $350 statutory fee, civil litigants must pay an additional administrative fee of $52. *See* 28 U.S.C. § 1914(a) (Judicial Conference Schedule of Fees, District Court Misc. Fee Schedule, § 14 (eff. Dec. 1, 2020)). The additional $52 administrative fee does not apply to persons granted leave to proceed IFP. *Id.*

1  complete and file a Motion to Proceed IFP which includes a certified copy of his trust
2  account statement for the 6-month period preceding the filing of his Complaint.  *See* 28
3  U.S.C. § 1915(a)(2); S.D. Cal. Civ. L.R. 3.2(b).

4  **IT IS FURTHER ORDERED** that the Clerk of the Court shall provide Plaintiff
5  with this Court's approved form "Motion and Declaration in Support of Motion to
6  Proceed *In Forma Pauperis*."  If Plaintiff fails to either prepay the $402 civil filing fee or
7  complete and submit the enclosed Motion to Proceed IFP within 45 days, this action will
8  remain dismissed without prejudice based on Plaintiff's failure to satisfy the fee
9  requirements of 28 U.S.C. Section 1914(a) and without further Order of the Court.

10  **IT IS SO ORDERED.**
11  Dated:  January 22, 2021

Hon. Cathy Ann Bencivengo
United States District Judge